# Court of Appeals
# of the State of Georgia

ATLANTA,___May 21, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0349. ALTONIO M. BROOKS v. THE STATE.**

On March 27, 2012, Altonio M. Brooks pled guilty to and was sentenced for felony shoplifting, possession of tools for the commission of a crime, and criminal trespass. Shortly thereafter, Brooks moved to withdraw his guilty plea. The trial court denied the motion on June 7, 2012. Over 10 months later, Brooks filed this application for discretionary appeal from the June 7, 2012 order. Although the denial of a motion to withdraw a guilty plea is directly appealable under OCGA § 5-6-35 (j), see *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008), we lack jurisdiction to consider Brooks' application because it is untimely.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order, judgment or decision at issue. See OCGA § 5-6-35 (d). Brooks' application was not filed until more than 10 months after entry of the order he seeks to appeal, and it is thus untimely. See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Accordingly, we lack jurisdiction to consider the untimely application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_05/21/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*